IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

The ESTATE OF MATTHEW CHAVEZ,
represented by MARY LISA CHAVEZ in
her official capacity as representative,
MARY LISA CHAVEZ, in her individual
capacity, TONY CHAVEZ, RAYMOND
CHAVEZ, ANTHONY JOHNSON,
and EVANY CHAVEZ, by and through
Mary Lisa Chavez, as next friend and
guardian,

      Plaintiffs,

vs.                                               17-CV-00072 JCH-LAM

VETARANS ADMINISTRATION, and UNITED
STATES GOVERNMENT

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by and through their counsel of record, Jason Bowles of Bowles Law Firm and Robert Gorence of Gorence & Oliveros, P.C., hereby notifies this Court of their voluntary dismissal of this action pursuant to Federal Rules of Civil Procedure, Rule 41(1)(A)(i).

                                                    Respectfully submitted,

                                                    /s/ Jason Bowles
                                                    Jason Bowles
                                                    Bowles Law Firm
                                                     P.O. Box 25186
                                                     Albuquerque, N.M.  87125-5186
                                                     (505) 217-2680

    -and-

        Robert J. Gorence
        Gorence & Oliveros, P.C.
        1305 Tijeras Ave NW
        Albuquerque, NM 87102.
        Telephone: (505) 244-0214